BENHAM, Justice,
dissenting.
I respectfully disagree with the majority’s opinion because I believe a three-year suspension is too harsh in this case. Here, the special master found mitigating circumstances inasmuch as ReddickHood showed remorse, paid the medical providers, and made her client whole. In addition, Reddick-Hood is receiving counseling and will be submitting to special conditions. Given these circumstances, I believe a two-year suspension is a more appropriate sanction. See In the Matter of Shelfer, 278 Ga. 55 (597 SE2d 365) (2004) (Court imposed a two-year suspension for an attorney who stole over $ 100,000 from his client over two years); In the Matter of Champion, 275 Ga. 140 (562 SE2d 179) (2002) (attorney who converted client funds to her own use and initially lied to State Bar about doing so given 12-month suspension with conditions for reinstatement).
I am authorized to state that Justice Melton joins in this dissent.